# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153320

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 153320
                                    COA: 328491
C. JAY STRAUSBAUGH,                    Hillsdale CC: 14-383327-FC
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 21, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2016


                                            Clerk

t1026